1

The Honorable Robert S. Lasnik

2

3

4

5

6                  UNITED STATES DISTRICT COURT
               WESTERN DISTRICT OF WASHINGTON
7                          AT SEATTLE

8   UNITED STATES OF AMERICA,           )   NO. CR17-143-RSL
9                                       )
              Plaintiff,                )
10                                      )   (PROPOSED) ORDER EXTENDING
        vs.                             )   PRETRIAL MOTIONS DEADLINE
11                                      )
    ERICK PEREZ-PEREZ,                  )
12                                      )
              Defendant.                )
13   _____)

14        Upon the unopposed motion of the defense to continue the pretrial motions' due

15   date in the above-captioned case, the Court finds that extending the deadline is

16   reasonable and necessary afford counsel necessary time to review and synthesize

17   discovery, conduct legal research, consult with Mr. Perez-Perez, and draft motions, and

18   that extending the deadline serves the ends of justice, therefore,

19        IT IS HEREBY ORDERED that the pretrial motions deadline is extended to

20   July 6, 2017.

21        DONE this 21st day of June, 2017.

22

23                                      _Robert S. Lasnik_____
                                        Robert S. Lasnik
24                                      United States District Judge

25   Presented by:
    s/  Sara D. Brin
26   Sara D. Brin
    Attorney for Erick Perez-Perez

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100