Hon. Robert S. Lasnik

# UNITED STATES DISTRICT COURT WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| UNITED STATES OF AMERICA, | NO. CR17-143-RSL |
|---|---|
| Plaintiff, | ORDER GRANTING MOTION FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL |
| v. | |
| ERIK ORLANDO PEREZ-PEREZ, | |
| Defendant. | |

## ORDER

After reviewing and considering the motion and files herein, Defendant's Motion for Withdrawal and Substitution of Counsel is hereby GRANTED. John R. Crowley shall substitute as the attorney of record for the defendant in the above-captioned cause, and attorney, Sara Brin, shall withdraw, effective immediately.

IT IS SO ORDERED this 26th day of July, 2017.

*[signature]*
Robert S. Lasnik
United States District Judge