The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR17-143RSL |
| Plaintiff, | ORDER CONTINUING TRIAL DATE |
| v. | |
| ERICK ORLANDO PEREZ PEREZ, | |
| Defendant. | |

THIS MATTER came before the Court on July 25, 2017 for a hearing on attorney John R. Crowley's Motion for Withdrawal and Substitution of Counsel (Dkt. # 18) and for a status conference. Both Mr. Crowley and defendant's previously appointed counsel, Sara Brin of the Federal Public Defender's Office, appeared with Defendant.

As set forth on the record, the Court discussed at length with Defendant (including without the government counsel present) Defendant's desire to have Mr. Crowley substitute in as his attorney. Defendant, after being fully advised, confirmed that he wishes to have Mr. Crowley act as his counsel. The Court has granted the motion to substitute counsel in a separate order.

As of the date of the hearing, trial was set for the following Monday, July 31, 2017. Mr. Crowley had not received, much less reviewed, the discovery in this matter, which was provided to him for the first time by AFPD Brin at the hearing.

Mr. Crowley confirmed on the record that he required at least a brief continuance to evaluate the case, prepare any appropriate motions, and adequately prepare for trial.

Based on the foregoing, the Court hereby finds and rules as follows:

1. Defendant reaffirmed that he wishes to have Mr. Crowley represent him in this matter, despite being advised of certain concerns held by the Court.

2. Mr. Crowley cannot reasonably be prepared for trial less than one week after his motion to substitute as counsel was granted. Accordingly, the Court finds that pursuant to Title 18, United States Code, Section 3161(h)(7)(B)(i) and (iv), that failure to grant a continuance in this case would be a miscarriage of justice, and would deny counsel for the parties the reasonable time necessary for effective preparation, due to defense counsel's need for more time to review the discovery and evidence produced and still to be produced and to consider possible defenses and motions, taking into account the exercise of due diligence.

3. The Court also finds, pursuant to Title 18, United States Code, Section 3161(h)(6) and (7), that a reasonable period of delay is necessary in that the defendant has retained new counsel who indicates he requires more time to prepare for trial. The Court finds more time is necessary given counsel's recent substitution and the timing of when Mr. Crowley received the discovery produced to date.

4. The Court also finds, therefore, that pursuant to Title 18, United States Code, Sections 3161(h)(6) and 3161(h)(7), the ends of justice will best be served by a continuance, and that they outweigh the interests of the public and the defendant in a speedy trial.

5. The Court also finds that all of the additional time requested between the current trial date of and the new trial date of September 5, 2017, is at a minimum necessary to provide counsel for the defendants the reasonable time necessary to prepare for trial.

Based on the foregoing findings and conclusions, now, therefore, it is hereby:

ORDERED that the trial date is continued to September 5, 2017, at 9:00 am.

ORDERED that pretrial motions will be filed no later than August 10, 2017.

ORDERED that Defendant shall file a speedy trial waiver no later than July 28, 2017.

IT IS FURTHER ORDERED that the time between this date and the new trial date is excluded in computing the time within which a trial must be held pursuant to Title 18, United States Code, Section 3161, et seq.

DATED this 27th day of July, 2017.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge