UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR17-143-RSL |
| Plaintiff, | |
| v. | [PROPOSED] |
| ERICK ORLANDO PEREZ PEREZ, | FINAL ORDER OF FORFEITURE |
| Defendant. | |

THIS MATTER comes before the Court on the United States' Motion for Entry of a Final Order of Forfeiture ("Motion") for the following property:

> One Beretta Model 92FS 9mm semiautomatic handgun, serial number BER291556, and all associated ammunition.

The Court, having reviewed the United States' Motion, as well as the other papers and pleadings filed in this matter, hereby FINDS entry of a Final Order of Forfeiture is appropriate because:

- On November 21, 2017, the Court entered a Preliminary Order of Forfeiture finding the above-listed property forfeitable pursuant to 21 U.S.C. § 853 and 18 U.S.C. § 924(d)(1) and forfeiting the Defendant's interest in it (Dkt. No. 38);

Final Order of Forfeiture - 1
U.S. v. Perez Perez, CR17-143-RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

- Thereafter, the United States published notice of the forfeiture as required by 21 U.S.C. § 853(n)(1) and Fed. R. Crim. P. 32.2(b)(6)(C) (Dkt. No. 45) and provided direct notice to a potential claimant as required by Fed. R. Crim. P. 32.2(b)(6)(A) (*See* Declaration of AUSA Jensen in Support of Motion for Entry of a Final Order of Forfeiture, ¶ 2, Ex.A); and,
- The time for filing third-party petitions has expired, and none were filed.

NOW, THEREFORE, THE COURT ORDERS:

1. No right, title, or interest in the above-identified property exists in any party other than the United States;

2. The above-listed property is fully and finally condemned and forfeited, in its entirety, to the United States; and,

3. The Federal Bureau of Investigation, and/or its authorized representatives, are authorized to dispose of the above-identified property as permitted by governing law.

IT IS SO ORDERED.

DATED this 28th day of February, 2018.

_____
THE HON. ROBERT S. LASNIK
UNITED STATES DISTRICT COURT JUDGE

Final Order of Forfeiture - 2
U.S. v. Perez Perez, CR17-143-RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Presented by:

*/s/ Michelle Jensen*

MICHELLE JENSEN
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, WA 98101-1271
(206) 553-2242
Michelle.Jensen@usdoj.gov

Final Order of Forfeiture - 3
*U.S. v. Perez Perez*, CR17-143-RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970